UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ORLANDO HEALTH, INC.,          CASE NO.: 6:22-cv-1023-PGB-EJK
A FLORIDA CORPORATION,

    Plaintiff,

v.

GOSPEL LIGHT MENNONITE CHURCH
MEDICAL AID PLAN, INC. D/B/A
LIBERTY HEALTHSHARE,

    Defendant.
_____/

## PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS AND DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Local Rule 3.03, and the Order entered on June 10, 2022 [D.E. 3], Plaintiff Orlando Health, Inc. ("**Orlando Health**"), hereby discloses:

**Disclosure pursuant to Rule 7.1 of the Federal Rules of Civil Procedure:**

Orlando Health is a non-profit healthcare system that does not have a parent corporation and does not have stock.

**Disclosure Pursuant to the June 10, 2022, Order [D.E. 3] and Local Rule 3.03:**

1. The names of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in a party to this action or in the outcome of this action, including subsidiaries, conglomerates,

1

affiliates, parent corporations, publicly-traded companies that own 100% or more of a party's stock, and all other identifiable legal entities related to a party. *See* Local Rule 3.03(a)(1):

    a. WOLFE | PINCAVAGE
       7800 SW 57th Avenue
       Suite 217
       South Miami, FL 33143
       *Counsel for Orlando Health*

    b. Douglas A. Wolfe, Esq.
       WOLFE | PINCAVAGE
       7800 SW 57th Avenue
       Suite 217
       South Miami, FL 33143
       *Counsel for Orlando Health*

    c. Danya J. Pincavage, Esq.
       WOLFE | PINCAVAGE
       7800 SW 57th Avenue
       Suite 217
       South Miami, FL 33143
       *Counsel for Orlando Health*

    d. Rebecca Greenfield, Esq.
       WOLFE | PINCAVAGE
       7800 SW 57th Avenue
       Suite 217
       South Miami, FL 33143
       *Counsel for Orlando Health*

    e. Cristina B. Rodriguez, Esq.
       WOLFE | PINCAVAGE
       7800 SW 57th Avenue
       Suite 217
       South Miami, FL 33143
       *Counsel for Orlando Health*

    f. Liana De La Noval, Esq.
       WOLFE | PINCAVAGE
       7800 SW 57th Avenue

Suite 217
South Miami, FL 33143
*Counsel for Orlando Health*

g.  Michelle Hudicourt, Esq.
    WOLFE | PINCAVAGE
    7800 SW 57th Avenue
    Suite 217
    South Miami, FL 33143
    *Counsel for Orlando Health*

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings. *See* Local Rule 3.03(a)(2);

None.

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or if no creditors' committee the 20 largest unsecured creditors). *See* Local Rule 3.03(a)(3):

None.

4. The name of each victim (individual and corporate), including every person who may be entitled to restitution. *See* Local Rule 3.03(a)(4):

Currently, Orlando Health is not aware of any claims for restitution against Liberty.

5. Check one of the following:

__X__ a. I certify that I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case and will immediately notify the Court in writing upon learning of any such conflict.

_____ b. I certify that I am aware of a conflict or basis of recusal of the District Judge or Magistrate Judge as follows:

Dated: June 23rd, 2022.

                                      Respectfully submitted,

                                      WOLFE | PINCAVAGE
                                      *Counsel for Plaintiff*
                                      7800 SW 57th Ave., Suite 217
                                      Miami, FL 33143
                                      Office: 786.409.0800

                                      */s/ Liana De La Noval*
                                      Douglas A. Wolfe, Esq.
                                      Fla. Bar. No. 28671
                                      doug@wolfepincavage.com
                                      Cristina B. Rodriguez, Esq.
                                      Fla. Bar No. 639982
                                      cristina.rodriguez@wolfepincavage.com
                                      Liana De La Noval, Esq.
                                      Fla. Bar No. 95944
                                      liana.delanoval@wolfepincavage.com
                                      Michelle Hudicourt, Esq.
                                      Fla. Bar No. 1032530
                                      michelle.hudicourt@wolfepincavage.com