# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

ORLANDO HEALTH, INC.,
A FLORIDA CORPORATION,

    Plaintiff,

v.                         **CASE NO.: 6:22-cv-1023-PGB-EJK**

GOSPEL LIGHT MENNONITE CHURCH
MEDICAL AID PLAN, INC. D/B/A
LIBERTY HEALTHSHARE,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

Pursuant to M.D. Local R. 3.09(a), Plaintiff, Orlando Health, Inc., hereby notifies the Court that the parties have reached a settlement in the above-captioned matter. According to the terms of the Settlement Agreement, the parties anticipate filing a Stipulation of Dismissal within ninety (90) days. Plaintiff respectfully requests that the Court retain jurisdiction to enforce the terms of the Settlement Agreement. DATED this July 28, 2022.

                                        Respectfully submitted,

                                        WOLFE | PINCAVAGE
                                        *Counsel for Plaintiff*
                                        7800 SW 57th Ave., Suite 217
                                        Miami, FL 33143
                                        Office: 786.409.0800

                                        */s/ Michelle Hudicourt*
                                        Douglas A. Wolfe, Esq.
                                        Fla. Bar. No. 28671
                                        doug@wolfepincavage.com
                                        Cristina B. Rodriguez, Esq.
                                        Fla. Bar No. 639982
                                        cristina.rodriguez@wolfepincavage.com
                                        Liana De La Noval, Esq.
                                        Fla. Bar No. 95944
                                        liana.delanoval@wolfepincavage.com
                                        Michelle Hudicourt, Esq.
                                        Fla. Bar No. 1032530
                                        michelle.hudicourt@wolfepincavage.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 28, 2022, the foregoing was filed using the Court's CM/ECF system.

By: */s/ Michelle Hudicourt*